UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA       :

    -v.-                        :

MATTHEW DELOREY,               :

               Defendant.  :

- - - - - - - - - - - - - - - - - -x



SEALED INFORMATION

10 Cr.

COUNT ONE

The United States Attorney charges:

1.    From at least in or about March 2009, up to and including in or about November 2009, in the Southern District of New York and elsewhere, MATTHEW DELOREY, the defendant, unlawfully, willfully, knowingly, and with intent to defraud, did traffic in any password and similar information through which a computer, as that term is defined in Title 18, United States Code, Section 1030(e)(1), may be accessed without authorization, which trafficking affected interstate and foreign commerce, to wit, DELOREY sold, in interstate commerce, modified cable modems that contained fraudulent access information that allow users to access the Internet for free through Comcast's computer servers.

(Title 18, United States Code, Sections 1030(a)(6),

(e)(2)(A) and 2.)

FORFEITURE ALLEGATION

2.    As the result of committing the fraud in connection with access to computers alleged in Count One of this Information, MATTHEW DELOREY, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(B) all property that constitutes or is derived from

proceeds obtained, directly or indirectly, from the commission of the offense, including but not limited to a sum in United States currency representing the amount of proceeds obtained as a result of the offense.

<u>Substitute Assets Provision</u>

3. If any of the forfeitable property described in paragraph 2 of this Information, as a result of any act or omission of the defendant:

> (1) cannot be located upon the exercise of due diligence;
>
> (2) has been transferred or sold to, or deposited with, a third person;
>
> (3) has been placed beyond the jurisdiction of the Court;
>
> (4) has been substantially diminished in value; or
>
> (5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b) and Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

(Title 18, United States Code, Section 982, and
Title 28, United States Code, Section 2461.)

*Preet Bharara* JSK
PREET BHARARA
United States Attorney

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA

- v. -

MATTHEW DELOREY,

Defendant.

MISDEMEANOR INFORMATION

10 Cr.

(Title 18, United States Code,
Sections 1030, 2 and 982, and
Title 28, United States Code,
Section 2461.)

PREET BHARARA
United States Attorney.

---

8/3/10

Deft pres· with attorney Ms Ennis, A.U.S.A. Ryan Poscablo Pres. Deft withdraws plea of Not Guilty and enters a plea of Guilty to Count #1. P.S.I Ordered. Sentence date set for November 3, 2010 @ 11:00. Bail Cont.

Francis
U.S.M.J