```
UNITED STATES DISTRICT COURT                    (ECF)
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -:
UNITED STATES OF AMERICA,           :           10 Cr. 682-01 (JCF)
                                    :
     - against -                    :           MEMORANDUM
                                    :           AND   ORDER
MATTHEW DELOREY,                    :
                                    :
- - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

I hereby modify the Judgment of Sentence entered on November 3, 2010.  Instead of surrendering to his probation officer, Christopher Moriarty, Mr. Delorey shall surrender to the U.S. Marshal Service in the Boston courthouse of the District of Massachusetts, located at 1 Courthouse Way, Boston, MA 02210, at 10:00 a.m. on January 3, 2011.

                    SO ORDERED.

                    *[signature: James C. Francis IV]*

                    JAMES C. FRANCIS IV
                    UNITED STATES MAGISTRATE JUDGE

Dated:  New York, New York
        November 15, 2010



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/10

1

Copies mailed this date to:

Nancy Lee Ennis, Esq.
Quijano & Ennis, P.C.
381 Park Avenue South, Suite 701
New York, New York 10016

Ryan Paul Poscablo, Esq.
United States Attorney Office, S.D.N.Y.
One Saint Andrew's Plaza
New York, New York 10007